CHAMBERS COPY

FILED
CLERK U.S. DISTRICT COURT
SEP 28 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL IBEW-NECA LABOR-MANAGEMENT COMMITTEE, LOS ANGELES ELECTRICAL WORKERS CREDIT UNION, and CONTRACT COMPLIANCE FUND,<br><br>Plaintiffs,<br><br>v.<br><br>BELCO ELECTRIC, INC., a California corporation,<br><br>Defendant. | Case No. CV11-04671 SVW (SPx)<br><br>ASSIGNED TO THE HONORABLE STEPHEN V. WILSON<br><br>[PROPOSED] JUDGMENT<br><br>Priority ___<br>Send ___<br>Enter ___<br>Closed ___<br>JS-5/JS-6 ✓<br>JS-2/JS-3 ___<br>Scan Only ___ |

///

///

///

[PROPOSED] JUDGMENT

458522

The Court having considered and approved the stipulation for entry of judgment submitted by and between defendant Belco Electric, Inc., a California corporation, and plaintiffs Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the National Electrical Benefit Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National IBEW-NECA Labor-Management Committee, Los Angeles Electrical Workers Credit Union, and Contract Compliance Fund,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

Plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the National Electrical Benefit Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National IBEW-NECA Labor-Management Committee, Los Angeles Electrical Workers Credit Union, and Contract Compliance Fund, shall recover from Belco Electric, Inc., a California corporation, the principal amount of $30,000.00, plus post-judgment interest as provided by law from the date of entry of judgment herein until the date the judgment is paid in full.

Dated: 9/27/11

UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18, and not a party to the within action. My business address is: 225 South Lake Avenue, Suite 200, Pasadena, California 91101-3030.

On September 21, 2011, I served the foregoing document(s) described below:

### [PROPOSED] JUDGMENT

on the interested parties in this action by placing a true copy thereof in a sealed envelope(s) addressed to:

Omar Jamal Yassin, Esq.  *Attorney for Defendant*
Archer Norris
333 S. Grand Ave., Ste. 1700
Los Angeles, CA  90071

XXX (BY MAIL) I caused said envelope(s) with first class postage prepaid to be placed in the United States mail at Pasadena, California.

____ (BY PERSONAL SERVICE) I caused said envelope(s) to be delivered by hand to the office or the residence of the addressee as shown above.

____ (BY FACSIMILE TRANSMISSION) I caused a true and complete copy of the document described above to be transmitted by facsimile transmission to the telephone number(s) set forth opposite the name(s) of the person(s) set forth above.

____ (BY OVERNIGHT DELIVERY) I caused said envelope(s) with prepaid delivery charges to be placed in the UPS Box at Pasadena, California.

Executed on September 21, 2011, at Pasadena, California.

____ (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

XXX (FEDERAL) I declare that I am employed by a member of the Bar of this Court, and that this service was made under the supervision of said attorney.

_____
Cheryl Roberts

PROOF OF SERVICE